**STATE of Missouri, Respondent,**

v.

**Bobby Aaron DAVIS, Appellant.**

**No. WD 74015.**

Missouri Court of Appeals, Western District.

Aug. 28, 2012.

Karen L. Kramer, for Respondent.

Matthew Ward, for Appellant.

Before Division Three: VICTOR C. HOWARD, Presiding Judge, KAREN KING MITCHELL, Judge and CYNTHIA L. MARTIN, Judge.

### *ORDER*

PER CURIAM:

Bobby Davis appeals his conviction following jury trial for committing violence against an employee of the department of corrections, section 217.385, RSMo 2000, and sentence as a prior and persistent offender to eleven years imprisonment.

He claims that insufficient evidence was presented to support the conviction. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of conviction is affirmed. Rule 30.25(b).